FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID WELLER, individually and on behalf of those similarly situated,<br><br>           Plaintiff,<br><br>           v.<br><br>RCS CORP.,<br><br>           Defendant. | No.   4:20-cv-05077-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The Parties' Stipulated Motion for Protective Order, **ECF No. 15**, is **GRANTED**. Under Federal Rule of Civil Procedure 26(c), and for good cause, the parties' stipulated proposed Protective Order, **ECF No. 15**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of September 2020.

*[signature]*

SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION FOR PROTECTIVE ORDER – 1