FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID WELLER, Individually and For Others Similarly Situated, | No.   4:20-cv-05077-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| RCS CORPORATION, | |
| Defendant. | |

On February 1, 2021, the parties filed a stipulated dismissal, ECF No. 23. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

  **1.** The parties' Stipulation of Dismissal (In Favor of Arbitration) Pursuant to Rule 41(a)(1)(A)(ii), **ECF No. 23**, is **GRANTED**.

  **2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

  **3.** All pending motions are **DENIED AS MOOT**.

  **4.** All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

     **5.**    The Clerk's Office is directed to **CLOSE** this file.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

     **DATED** this 1st day of February 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2